IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS E. DRIVER,

      Petitioner,                      No. CIV S-09-2308 DAD P

   vs.

D.K. SISTO,

      Respondent.                 ORDER

_____/

       Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 6, 2009, the court ordered petitioner to either pay the filing fee or file an in forma pauperis affidavit. On November 9, 2009, petitioner filed his in forma pauperis application; however, the second page of the form is missing. Petitioner will be provided a final opportunity to file a complete application. Petitioner is advised that he does not need to submit an inmate trust account statement or have the form completed and signed by a prison official.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis; petitioner's failure to comply with this order will result in the dismissal of this action; and

1      2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2 pauperis form used by this district.
3 DATED: December 16, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:4
driv2308.ifp