1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS E. DRIVER,

11          Petitioner,                    No. CIV S-09-2308 DAD P

12      vs.

13   D.K. SISTO,

14          Respondent.               ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma

18   pauperis.

19          Examination of the in forma pauperis application reveals that petitioner is unable

20   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21   granted.  See 28 U.S.C. § 1915(a).

22          Since petitioner may be entitled to relief if the claimed violation of constitutional

23   rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

24   /////

25   /////

26   /////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Petitioner's January 4, 2010 application to proceed in forma pauperis (Doc.

3    No. 7), is granted;

4    2.  Respondent is directed to file a response to petitioner's habeas petition within

5    sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer

6    shall be accompanied by all transcripts and other documents relevant to the issues presented in

7    the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

8    3.  If the response to the habeas petition is an answer, petitioner's reply, if any,

9    shall be filed and served within thirty days after service of the answer;

10   4.  If the response to the habeas petition is a motion, petitioner's opposition or

11   statement of non-opposition to the motion shall be filed and served within thirty days after

12   service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days

13   thereafter; and

14   5.  The Clerk of the Court shall serve a copy of this order, a copy of the petition

15   for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), and the court's form

16   regarding consent or request for reassignment on Jennifer A. Neill, Supervising Deputy Attorney

17   General.

18   DATED: January 11, 2010.

19

20   _____

21   DAD:4
     driv2308.100

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

2